IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **REVECKEYO ANWAAN HILL &** | ) | |
| **TANISHA ANN HILL,** | ) | **CASE NO. G25-21048-jrs** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| **REVECKEYO ANWAAN HILL &** | ) | |
| **TANISHA ANN HILL,** | ) | **CONTESTED MATTER** |
| | ) | |
| Movants, | ) | |
| vs. | ) | |
| | ) | |
| **CALVIN INVESTORS, LLC,** | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF
CALVIN INVESTORS, LLC (CLAIM NUMBER 22-1)
OF DEADLINE FOR FILING RESPONSE; AND OF HEARING**

**PLEASE TAKE NOTICE** that the above-named Debtor has filed an Objection on November 18, 2025 to the above referenced claims seeking an order disallowing said claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before **December 31, 2025** you or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

**Bankruptcy Clerk's Office
U.S. Courthouse,
121 Spring Street, SE,
Gainesville, GA 30501**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney does not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

**If you or your attorney files a timely response, then a hearing will be held in <u>Courtroom 103</u>, U.S. Courthouse, 121 Spring Street, SE, Gainesville, GA 30501 at <u>9:40 AM on January 22, 2026</u>.  You or your attorney must attend the hearing and advocate your position.**

This 18th day of November, 2025.

                                                      ___/s/_____
                                                    Richard K. Valldejuli, Jr.
                                                    GA State Bar No: 723225
                                                    Counsel for Debtors

Valldejuli & Associates, LLC
3801 Holcomb Bridge Road, Suite F-1
Norcross, GA  30371
Cell Phone/Text (404) 272-3192
rkv@valldejuliandassociates.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| REVECKEYO ANWAAN HILL & | ) | |
| TANISHA ANN HILL, | ) | CASE NO. G25-21048-jrs |
| | ) | |
| Debtors. | ) | |
| | ) | |
| REVECKEYO ANWAAN HILL & | ) | |
| TANISHA ANN HILL, | ) | CONTESTED MATTER |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CALVIN INVESTORS, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## OBJECTION TO CLAIM OF CALVIN INVESTORS, LLC
## (CLAIM NUMBER 22-1)

**COMES NOW**, the above-captioned Debtors, and hereby file this objection to the proof of claim filed by Calvin Investors, LLC (the "Respondent") and in support thereof, shows the following:

1.

Respondent holds a $120,000.00 Commercial Balloon Promissory Note dated February 15, 2024 together with interest on the unpaid principal balance at a per annum rate equal to Thirteen point twenty-five (13.25%) percent per annum from the date hereof (the "Note"). The Note is secured by a first position deed to secure debt on Debtors' commercial property located at 40 Tony Jones St., Royston, GA 30662 (the "Royston Property").

2.

The parties to the Note were Respondent and I&M Trucking Enterprises, LLC and Guaranteed by its sole managing member, the Co-debtor, Tanesha Ann Hill.

3.

LOGS Legal Group, LLP[1], represented the Respondent acting as the settlement agent in connection with this transaction ("Logs Legal").

4.

On October 6, 2025, Logs Legal filed a proof of claim on behalf of Respondent (Claims Docket No. 22-1) (the "Claim") as follows:

Principal balance $144,147.00
Interest due $42,382.12
Fees and Costs $56,738.10
Totaling: $243,267.22

10% late fees $14,950.58
15% Legal Fee $28,630.15

5.

Respondent added $28,630.15 to the Claim for Georgia[2] statutory attorney's fees of 15% of the outstanding principal and interest owed and calculated interest due on an inflated amount.

6.

Respondent's Claim is not entitled to add 15% attorney fees default provision to its Claim, not even when the creditor is over secured, which is the case here.

---

[1] 211 Perimeter Center Parkway, Suite 130, Atlanta, GA 30346

[2] See O.C.G.A. § 13-1-11

7.

Debtors Chapter 13 Plan provides for payment of the principal unpaid balance and interest totaling $161,637.00, which was the claim amount Respondent filed in Debtors' prior Chapter 13 Case[3] less the $28,630.15 15% Legal Fees (*see* Claims Docket 17-1 in Prior 13 Case).

8.

Respondent's Claim in this case increased by $23,737.47 from the Prior 13 Case.

MINI BRIEF IN SUPPORT OF DISALLOWING
ATTORNEY'S FEES CLAIM UNDER O.C.G.A. § 13-1-11
IN A REORGANIZATION PLAN

The validity of a claim for Georgia statutory attorney's fees is a question of Georgia law, the enforceability of a claim for attorney's fees in a Bankruptcy proceeding is a question of federal bankruptcy law[4] Bankruptcy courts in Georgia have considered the effect of cure and reinstatement on creditors' claims under O.C.G.A. § 13-1-11 and have held that the creditors were not entitled to the Georgia statutory attorney's fees claim. *In re Davis,* 77 B.R. 313 (Bankr.M.D.Ga.1987) ; *Midland Mutual Life Insurance Co. v. Masnorth Corp*. (*In re Masnorth* Corp.), 28 B.R. 892 (Bankr.N.D.Ga.1983) (hereinafter referred to as "*Masnorth* I"); *Midland Mutual Life Insurance Co. v. Masnorth Corp*. (In *re Masnorth* Corp.), 36 B.R. 335 (Bankr.N.D.Ga.1984).  Former Bankruptcy Chief Judge Joyce Bihary's Memorandum Opinion and Order in *In re Centre Court Apartments*, 85 BR 652 (Bankr. N.D. Ga 1988) provides a great

---

[3] Chapter 13, case number G25-20003-jrs filed January 2, 2025 and dismissed prior to confirmation on June 25, 2025 (the "Prior 13 Case").

[4] *See* Security Mortgage Company v. Powers, 278 U.S. 149, 154, 49 S.Ct. 84, 85, 73 L.Ed. 236 (1928); Security National Bank v. Cotton (In re Atlanta International Raceway, Inc.), 513 F.2d 546, 548-549 (5th Cir.1975).

reference for an analysis of the effect of Federal Bankruptcy Law on a claim for Georgia Statutory Attorney's Fees.

**WHEREFORE,** based on the foregoing, Respondent's Claim should be disallowed the 15% Legal Fee $28,630.15 and the late fees and the interest on principal unpaid balance should be recalculated.

This 18th day of November, 2025.

                                                ___/s/_____
                                                Richard K. Valldejuli, Jr.
                                                GA State Bar No: 723225
                                                Counsel for Debtors

Valldejuli & Associates, LLC
3801 Holcomb Bridge Road, Suite F-1
Norcross, GA  30371
Cell Phone/Text (404) 272-3192
rkv@valldejuliandassociates.com

# **CERTIFICATE OF SERVICE**

    This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing "***Objection to Proof of Claim of Calvin Investors, LLC (Claim 22-1) and Notice of Requirement of Response; of Deadline for Filing Response and of Hearing***" by ECF Transmission and/or Email to.

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

Howell A. Hall, Esq.
LOGS Legal Group, LLP
211 Perimeter Center Parkway, Suite 130
Atlanta, GA 30346
logsecf@logs.com

This 18th day of November, 2025.

                                                ___/s/_____
                                                Richard K. Valldejuli, Jr.
                                                GA State Bar No: 723225
                                                Counsel for Debtors

Valldejuli & Associates, LLC
3801 Holcomb Bridge Road, Suite F-1
Norcross, GA  30371
Cell Phone/Text (404) 272-3192
rkv@valldejuliandassociates.com